# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2702

_____

United States of America

*Plaintiff - Appellee*

v.

LaRhonda Dawnielle Jenkins, also known as LaRonda Jenkins

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa

_____

Submitted: October 23, 2023
Filed: November 2, 2023
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

LaRhonda Jenkins appeals the sentence the district court[1] imposed after she pled guilty to perjury. Her counsel has moved to withdraw and has filed a brief under

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

*Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Jenkins. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting when a district court has varied below Guidelines range, it is "nearly inconceivable" that it abused its discretion in not varying downward further). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____